# ATTACHMENT A TO VERIFIED COMPLAINT FOR FORFEITURE IN REM

1. WINCHESTER 12 SKEET GUN SHOTGUN CAL:20 SN:1065312

2. TURKEY TRI STAR, BRITANY SHOTGUN CAL:12 SN:60-03-4539 00

3. SAVAGE FOX BSE SHOTGUN CAL:410 SN:C666079

4. REMINGTON ARMS COMPANY, INC 12C RIFLE CAL:22 SN:191116

5. HIGH STANDARD SUPERMATIC TROPHY PISTOL CAL:22 SN:ML51600

6. FREEDOM ARMS CO. 83 REVOLVER CAL:454 SN:D17031

7. COLT 1911 PISTOL CAL:45 SN:19110264

8. HS PRODUKT (IM METAL) XD45 PISTOL CAL:45 SN:US698829

9. SAVAGE ARMS SPRINGFIELD SHOTGUN CAL:16 SN:NONE

10. MOSSBERG 500 ATP SHOTGUN CAL:12 SN:H835066

11. REMINGTON ARMS COMPANY, INC. UNKNOWN RECEIVER/FRAME CAL:.35 SN:C41649

12. HUGLU COOPERATIVE RINGNECK SHOTGUN CAL:20 SN:13C5117

13. REMINGTON ARMS COMPANY, INC. 700 LH RIFLE CAL:338 SN:S6390345

14. REMINGTON ARMS COMPANY, INC. UNKNOWN SHOTGUN CAL:12 SN:127320

15. ROSSI M62 SAC RIFLE CAL:22 SN:G154906

16. ITHACA GUN CO. 49R RIFLE CAL:22 SN:107867

17. WINCHESTER 74 RIFLE CAL:22 SN:176233A

18. SAVAGE 720 SHOTGUN CAL:12 SN:97742

19. CASSNAR 20 RIFLE CAL:22 SN:A215914

20. MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:20555948

21. MOSSBERG 352KD RIFLE CAL:22 SN:B86967

22. WINCHESTER 70 RIFLE CAL:7 SN:35CZX04625

23. WINCHESTER 52 RUFKE CAL:22 SN:NONE

24. WEATHERBY MARK XXII RIFLE CAL:22 SN:J-34528

25. HENRY REPEATING RIFLE COMPANY H005 MINI BOLT RIFLE CAL:22 SN:MB61713

26. WESTERNFIELD UNKNOWN RIFLE CAL:22 SN:NONE

27. MOSSBERG 151M RIFLE CAL:22 SN:NONE

28. REMINGTON ARMS COMPANY, INC. 14 RIFLE CAL:35 SN:C66894

29. RANGER ARMS INC. 101.13 RACK-RANGER RECEIVER FRAME CAL:22 SN:NONE

30. GERMANY-MAUSER DANZIG 1916 98 RECEIVER/FRAME CAL:10-06 SN:NONE

31. MARLIN FIREARMS CO. 81 RIFLE CAL:22 SN:NONE

32. EAGLE ARMS UNKNOWN RECEIVER/FRAME CAL:270 SN:8M3995

33. ROSSI PUMA M92 RIFLE CAL:454 SN:MA015249

34. MARLIN FIREARMS CO. REVELATION 120 RECEIVER/FRAME CAL:.22 SN:27261432

35. SAVAGE STEVENS 86C RIFLE CAL:22 SN:NONE

36. SAVAGE 110E RIFLE CAL:30-06 SN:E332936

37. SAVAGE 110 RIFLE CAL:338 SN:F056219

38. SAVAGE 110 RIFLE CAL:270 SN:G643265

39. SAVAGE 311A SHOTGUN CAL:12 SN:NONE

40. REMINGTON ARMS COMPANY, INC. 740 RIFLE CAL:30-06 SN:85963

41. REMINGTON ARMS COMPANY, INC. 10-A SHOTGUN CAL:12 SN:U45615

42. REMINGTON ARMS COMPANY, INC. 742 RIFLE CAL:30-06 SN:7035569

43. SAVAGE 755 SHOTGUN CAL:12 SN:526640

44. SAVAGE STEVENS 67 SHOTGUN CAL:12 SN:E922758

45. MOSSBERG 810ASM RIFLE CAL:30-06 SN:652920

46. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:F8325

47. BENELLI, S. PA. NOVA SHOTGUN CAL:12 SN:Z346999

48. UNKNOWN M200 SHOTGUN CAL:12 SN:P167938

49. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:143414

50. MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:22494306

51. MARLIN FIREARMS CO. 75C RIFLE CAL:22 SN:16366311

52. SMITH & WESSON 916A SHOTGUN CAL:12 SN:528B65

53. SMITH & WESSON 916A SHOTGUN CAL:12 SN:44B964

54. SMITH & WESSON 916T SHOTGUN CAL:12 SN:1B2505

55. DEFIANCE MFG. CO. UNKNOWN REVOLVER CAL:22 SN:654

*U.S. v. APPROXIMATELY 189 FIREARMS SEIZED FROM GATOR GUNS, INC.*
Attachment A　　　　　　　　　　Page **3** of **11**

Case 3:23-cv-00230-JMK   Document 1-1   Filed 10/04/23   Page 3 of 11

56. WINCHESTER 12 SHOTGUN CAL:UNKNOWN SN:584902

57. PARA-ORDNANCE MFG. INC. COMMANDER RECEIVER/FRAME CAL:45 SN:PK002651

58. WALTHER P22 PISTOL CAL:22 SN:Z120179

59. ECHASA (ECHAVE Y ARIZMENDI) FAST PISTOL CAL:380 SN:72411

60. TANFOGLIO, F.LLI, S.N.C. WITNESS P. PISTOL CAL:45 SN:EA23478

61. WALTHER P22 PISTOL CAL:22 SN:L086058

62. RUGER SR9 PISTOL CAL:9 SN:330-74662

63. U.S. ARMS, LLC. UNKNOWN RECEIVER/FRAME CAL:44 SN:A004285D

64. UNKNOWN LA'S DEPUTY REVOLVER CAL:357 SN:2901

65. ECHASA (ECHAVE Y ARIZMENDI) FAST PISTOL CAL:32 SN:76033

66. RUGER SINGLE SIX REVOLVER CAL:22 SN:64-05010

67. HERBERT SCHMIDT HS21 REVOLVER CAL:22 SN:594825

68. INDUSTRIA NATIONAL DE ARMES INA REVOLVER CAL:.38 SN:26847

69. TAURUS INTERNATIONAL THE JUDGE REVOLVER CAL:45/410 SN:BV674448

70. MARLIN FIREARMS CO. 75C RIFLE CAL:22 SN:19422565

71. HUSQVARNA HVA ACTION SWEDEN RIFLE CAL:7X57 SN:67844

72. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE

73. REMINGTON ARMS COMPANY, INC. 760 RIFLE CAL:UNKNOWN SN:8532

74. UNKNOWN FAVORITE RECEIVER/FRAME CAL:22 SN:NONE

75. MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:71548270

76. WINCHESTER 100 RIFLE CAL:308 SN:37853

77. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE

78. HIGH STANDARD UNKNOWN RECEIVER/FRAME CAL:22 SN:69114

79. HIGH STANDARD D PISTOL CAL:22 SN:95191

80. REMINGTON ARMS COMPANY, INC. MOHAWK 10C RIFLE CAL:22 SN:2265744

81. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:33894

82. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE

83. REMINGTON ARMS COMPANY, INC. 341 RIFLE CAL:22 SN:NONE

84. REMINGTON ARMS COMPANY, INC. 522 VIPER RIFLE CAL:22 SN:3103943

85. SEDCO INDUSTRIES SP22 PISTOL CAL:22 SN:"006335"

86. WALTHER P22 PISTOL CAL:22 SN:L055863

87. SAVAGE STEVENS 59A SHOTGUN CAL:410 SN:NONE

88. REMINGTON ARMS COMPANY, INC. 788 RIFLE CAL:22-250 SN:6011925

89. UNKNOWN UNKNOWN RIFLE CAL:UNKNOWN SN:EG5223

90. SAVAGE 620A SHOTGUN CAL:20 SN:U64868

91. REMINGTON ARMS COMPANY, INC. UNKNOWN RIFLE CAL:UNKNOWN SN:NONE

92. REMINGTON ARMS COMPANY, INC. WOODSMASTER 740 RIFLE CAL:UNKNOWN SN:6239

93. HIGH STANDARD USA DOUBLE NINE/W104 REVOLVER CAL:22 SN:1556186

94. US Arms Corp UNKNOWN RECEIVER/FRAME CAL:357 SN:10-001658

95. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:PA8G35

96. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:622074

97. BRYCO ARMS 48 PISTOL CAL:380 SN:54562

98. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE

99. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:70-9

100. COLT TROOPER MKIII REVOLVER CAL:357 SN:81917L

101. MOSSBERG 45A RIFLE CAL:22 SN:NONE

102. REMINGTON ARMS COMPANY, INC. UNKNOWN RECEIVER/FRAME CAL:22 SN:191976

103. REMINGTON ARMS COMPANY, INC. 12A RIFLE CAL:22 SN:605292

104. REMINGTON ARMS COMPANY, INC. 511 RIFLE CAL:22 SN:NONE

105. REMINGTON ARMS COMPANY, INC. 788 RIFLE CAL:308 SN:6088340

106. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:303 SN:33995

107. NORINCO (NORTH CHINA INDUSTRIES) SKS RECEIVER/FRAME CAL:7.62x39 SN:24006604B

108. CZ (CESKA ZBROJOVKA) CZ-Czech Republic-RECEIVER/FRAME CAL:550 Mag SN:00285

109. JC Higgins Sears & I 31 RECEIVER/FRAME CAL:22 SN:NONE

110. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:410 SN:264215

111. REMINGTON ARMS COMPANY, INC. UNKNOWN RECEIVER/FRAME CAL:35 SN:12897

112. SPRINGFIELD ARMORY,GENESEO,IL SPRINGFIELD RECEIVER/FRAME CAL:20 GAUGE SN:NONE

113. WINCHESTER 1906 RIFLE CAL:22 SN:60991

114. SAVAGE UNKNOWN RECEIVER/FRAME CAL:22 SN:NONE

115. NORINCO (NORTH CHINA INDUSTRIES) SKS RIFLE CAL:762 SN:9029289

116. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:371592321

117. CRESCENT FIRE ARMS CO. NEW EMPIRE SHOTGUN CAL:12 SN:NONE

118. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:L1351108

119. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE

120. REMINGTON ARMS COMPANY, INC. 511 RIFLE CAL:22 SN:NONE

121. SAVAGE 110E RIFLE CAL:30-06 SN:E290820

122. AMERICAN ARMS CO. UNKNOWN Receiver/Frame CAL:12 SN:762

123. SAVAGE SPRINGFIELD 187A RIFLE CAL:22 SN:B407604

124. MOSSBERG 342 RIFLE CAL:22 SN:NONE

125. REMINGTON ARMS COMPANY, INC. 760 RECEIVER/FRAME CAL:UNKNOWN SN:66140

126. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:56483

127. NOBLE MFG. CO. 60 SHOTGUN CAL:12 SN:NONE

128. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:12 SN:18540

129. REMINGTON ARMS COMPANY, INC. 510 RIFLE CAL:22 SN:NONE

130. J Stevens UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:5100

131. REMINGTON ARMS COMPANY, INC. SPORTSMAN 58 SHOTGUN CAL:UNKNOWN SN:37476V

132. REMINGTON ARMS COMPANY, INC. 10 SHOTGUN CAL:12 SN:237272

133. UNKNOWN RECEIVER/FRAME CAL:12 SN:362849

134. UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:371089688

135. Savage 30B (COAST TO COAST 367 SERIES B)CAL:12 SN:A788175

136. SAVAGE 73Y RIFLE CAL:22 SN:P774832

137. A SOS L8030 RECEIVER/FRAME CAL:UNKNOWN SN:6399

138. BROWNING BL22 RIFLE CAL:22 SN:37B06365

139. REMINGTON ARMS COMPANY, INC. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:220752

140. SAVAGE STEVENS 94C SHOTGUN CAL:UNKNOWN SN:NONE

141. REMINGTON ARMS COMPANY, INC. 121 RIFLE CAL:UNKNOWN SN:191586

142. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:21600267

143. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:1164782

144. UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:1684

145. UNITED SPORTING ARMS SEVILLE REVOLVER CAL:45 SN:6-00305

146. UNITED SPORTING ARMS SEVILLE REVOLVER CAL:454 SN:7-00307

147. HARRINGTON AND RICHARDSON UNKNOWN SHOTGUN CAL:UNKNOWN SN:5388

148. MOSSBERG 152 RIFLE CAL:22 SN:NONE

149. SAVAGE STEVENS 520 SHOTGUN CAL:16 SN:NONE

150. MARLIN FIREARMS CO. 101 RIFLE CAL:22 SN:26571041

151. HIGH STANDARD K2011 SHOTGUN CAL:UNKNOWN SN:NONE

152. UNKNOWN SHOTGUN CAL:UNKNOWN SN:10071

153. Sears and Robuck/Sears-Ted Williams 34 Shotgun CAL:22 SN:None

154. MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:NONE

155. MOSIN-NAGANT UNKNOWN RIFLE CAL:UNKNOWN SN:8 1297

156. SAVAGE 325 RIFLE CAL:30-30 SN:NONE

157. REMINGTON ARMS COMPANY, INC. 12A RIFLE CAL:22 SN:451393

158. ITHACA GUN CO. 49R RIFLE CAL:22 SN:500141313

159. HARRINGTON AND RICHARDSON BAY STATE SHOTGUN CAL:12 SN:NONE

160. HIGH STANDARD K2011 SHOTGUN CAL:UNKNOWN SN:NONE

161. Hawthrone M149 SHOTGUN CAL:20 SN:NONE

162. SAVAGE 6H RIFLE CAL:22 SN:NONE

163. SAVAGE 30 SERIES C SHOTGUN CAL:20 SN:B371091

164. WINCHESTER 190 RIFLE CAL:22 SN:R222928

165. REMINGTON ARMS COMPANY, INC. 742 RIFLE CAL:30-06 SN:74869

166. REMINGTON ARMS COMPANY, INC. 572 RIFLE CAL:22 SN:1706143

167. HARRINGTON AND RICHARDSON 120 SHOTGUN CAL:16 SN:NONE

168. REMINGTON ARMS COMPANY, INC. 12 RIFLE CAL:22 SN:685309

169. REMINGTON ARMS COMPANY, INC. 10 SHOTGUN CAL:12 SN:222904

170. SAVAGE STEVENS 520 SHOTGUN CAL:12 SN:20326

171. MARLIN FIREARMS CO. UNKNOWN SHOTGUN CAL:12 SN:42410

172. JEFFERSON ARMS CO., NORTH HAVEN, CT. 359 RIFLE CAL:22 SN:NONE

173. SAVAGE 29A RIFLE CAL:22 SN:NONE

174. MANUFRANCE HAWTHORN VIKING SHOTGUN CAL:12 SN:10480

175. NOBLE MFG. CO. 66J SHOTGUN CAL:12 SN:NONE

176. SPORTCO (SPORT ARMS COMPANY) 93 RIFLE CAL:22 SN:0B267

177. WINCHESTER 150 RIFLE CAL:22 SN:50001

178. REMINGTON ARMS COMPANY, INC. 12 RIFLE CAL:22 SN:699034

179. WALTHER G22 RIFLE CAL:22 SN:PW011636

180. MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:NONE

181. WALTHER G22 RIFLE CAL:22 SN:PW003891

182. TAURUS INTERNATIONAL PT25 PISTOL CAL:25 SN:DQH17077

183. HIGH STANDARD HD MILITARY PISTOL CAL:22 SN:275636

184. PARA-ORDNANCE MFG. INC. 1911 TYPE PISTOL CAL:45 W/1 SN:PG011706

185. SAVAGE STEVENS FAVORITE RIFLE CAL:22 SN:NONE

186. MOSSBERG 600AT SHOTGUN CAL:12 SN:H740892

187. WINCHESTER 1400 MKII SHOTGUN CAL:UNKNOWN SN:N625324

188. MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:23286311

189. MARLIN FIREARMS CO. 99 RIFLE CAL:22 SN:NONE